**Alyson Dykes,**
CA Bar #: 319835
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA  92880
Tel: (657) 500-4317
Fax: (657) 227-0270
E: AlysonD@jlohman.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN MONTENEGRO, <br><br> Plaintiffs, <br><br> v. <br><br> CAPITAL ONE BANK (USA) N.A., <br><br> Defendant. | Case No.: 2:18-cv-3636-SJO-AFMX <br><br><br> Judge S. James Otero <br> Magistrate Judge Alexander F. MacKinnon |

**NOTICE OF SETTLEMENT**

    Plaintiff IVAN MONTENEGRO notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

    Respectfully submitted the 9th day of April 2019.

By: */s/ Alyson Dykes*

- 1 -

NOTICE OF SETTLEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jolohman.com
Attorney for Plaintiff, IVAN MONTENEGRO

- 2 -

NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

I certify that on April 9, 2019 I filed Plaintiff IVAN MONTENEGRO's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Marcos Daniel Sasso
Ballard Spahr LLP
2029 Century Park East Suite 800
Los Angeles, CA 90067-2909
424-204-4400
Fax: 424-204-4350
Email: sassom@ballardspahr.com

By: /s/ Alyson Dykes
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jolohman.com
Attorney for Plaintiff, IVAN MONTENEGRO

NOTICE OF SETTLEMENT