Alyson Dykes – Bar #319835
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (657) 500-4317
Fax: (657) 227-0270
EMAIL: AlysonD@jolohman.com
Attorney fo Plaintiff, IVAN MONTENEGRO

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN MONTENEGRO,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendants. | Case No: 2:18-CV-3636-SJO-AFMX<br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Ivan Montenegro ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Marcos D. Sasso (with permission)*<br>Marcos D. Sasso<br>BALLARD SPAHR LLP<br>2029 Century park East, Suite 800<br>Los Angeles, CA 90067-2909<br>T: (424) 204-4400<br>F: (424) 204-4350<br>E: sassom@ballardspahr.com<br> *COUNSEL FOR DEFENDANT* | */s/ Alyson J. Dykes*<br>Alyson J. Dykes<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Road, Suite 310<br>Corona, CA 92880<br>T: 866-329-9217<br>F: 657-227-0270<br>E: alysond@jlohman.com<br>*COUNSEL FOR PLAINTIFF* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify the following registered parties:

Marcos D. Sasso
BALLARD SPAHR LLP
2029 Century park East, Suite 800
Los Angeles, CA 90067-2909
T: (424) 204-4400
F: (424) 204-4350
E: sassom@ballardspahr.com
 *COUNSEL FOR DEFENDANT*

                                                                                               */s/ Alyson Dykes*
                                                                                               Alyson Dykes
                                                                                               The Law Offices of Jeffrey Lohman, P.C.
                                                                                               4740 Green River Road, Suite 310,
                                                                                               Corona, CA 92880
                                                                                               Tel. (657) 500-4317
                                                                                               Fax: (657) 227-0270
                                                                                               EMAIL: AlysonD@jlohman.com
                                                                                               Attorney fo Plaintiff, IVAN MONTENEGRO