UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-03636 SJO (AFMx) | Date | April 16, 2019 |
|---|---|---|---|
| Title | Ivan Montenegro v. Capital One USA N.A. | | |

Present: The Honorable    JAMES OTERO, Judge presiding

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:**    IN CHAMBERS :

The Court has reviewed the Notice of Settlement [ECF No. 21] filed 04/09/2019, indicating that the parties have resolved all claims between them in this matter and are in the process of completing the final settlement documents. Accordingly, the Court sets an Order to Show re Dismissal hearing on Monday, June 24, 2019 @ 8:30 a.m. The parties shall file a joint status report by June 10, 2019. If the parties file the appropriate dismissal pursuant to F.R.C.P. 41 prior to this hearing date, all hearings will be vacated.

The Court continues the Pretrial Conference to Monday, September 16, 2019 @ 9:00 a.m. and the Jury Trial to Tuesday, September 24, 2019 @ 9:00 a.m.

:
Initials of Preparer    vpc